E-FILED
Tuesday, 06 May, 2014  09:55:25 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICRON TECHNOLOGY, INC.,<br><br>    Defendant. | Case No. 2:11-cv-02288-SLD-JAG<br><br>Judge Sara Darrow<br><br>**JURY TRIAL DEMANDED** |

### THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS AND MICRON TECHNOLOGY, INC.'S JOINT STATUS REPORT

On August 24, 2012, the Court ordered the above-captioned case stayed in its entirety to allow Micron to seek *inter partes* review of the three patents asserted by the University. Text Order, August 24, 2012. On April 22, 2014, the Court ordered that the parties file a joint status report. Text Order, April 22, 2014. Pursuant to that Order, the parties jointly offer this status report.

On October 2, 2012, Micron filed three *inter partes* review petitions with the United States Patent and Trademark Office: Case Nos. IPR2013-00005 (U.S. Patent No. 6,444,533); IPR2013-00006 (U.S. Patent No. 6,888,204); and IPR2013-00008 (U.S. Patent No. 5,872,387). The University responded by filing a Preliminary Patent Owner Response on December 27, 2012. On March 13, 2013, a panel of the Patent Trial and Appeal Board ("PTAB") granted Micron's petitions and instituted *inter partes* review of each asserted patent. The grounds of review granted by the PTAB covered all claims of all asserted patents.

On March 10, 2014, the PTAB issued a final written decision in Case Nos. IPR2013-00005, IPR2013-00006, and IPR2013-00008 cancelling all claims of all patents asserted in this

litigation: U.S. Patent Nos. 6,444,533, 6,888,204, and 5,872,387, respectively.  On April 16, 2014, the University filed notices of appeal to the United States Court of Appeals for the Federal Circuit appealing the final written decisions in Case Nos. IPR2013-00005, IPR2013-00006, and IPR2013-00008.  As a result of the University's decision to appeal the final written decisions of the PTAB, the parties agree that this case should remain stayed in its entirety.  Should the Court have any questions or concerns, the parties are available at the Court's convenience.

Date: May 6, 2014                                                                  Respectfully submitted,

| s/ George C. Summerfield | s/ Timothy W. Riffe |
|---|---|
| Rolf O. Stadheim | Ruffin B. Cordell |
| George C. Summerfield | Timothy W. Riffe |
| STADHEIM & GREAR, LTD. | Adam Shartzer |
| Wrigley Building Tower | FISH AND RICHARDSON P.C. |
| 400 N. Michigan Ave., Ste. 2200 | 1425 K. Street NW, 11th Floor |
| Chicago, Illinois 60611 | Washington, DC 20005 |
| (312) 755-4400 | (202)783-5070 |
| | |
| *Attorneys for Plaintiff, The Board of Trustees of the University of Illinois* | *Attorneys for Defendant, Micron Technology, Inc.* |

**CERTIFICATE OF SERVICE**: I hereby certify that on May 6, 2014, I electronically filed the foregoing Joint Status Report with the Clerk of the Court for the U.S. District Court, Central District of Illinois, using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

s/ Timothy W. Riffe

3

2:11-cv-02288-SLD-JEH   # 81   Page 3 of 3